**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :   No. 425 WAL 2015
                        :
           Respondent        :
                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court
           v.               :
                        :
                        :
JAMES CUBBINS,             :
                        :
           Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.